

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse           (414)297-1700*
*517 E. Wisconsin Ave, Rm 530  Fax (414) 297-1738*
*Milwaukee WI 53202  www.justice.gov/usao/wie*

March 27, 2020

The Honorable J.P. Stadtmueller
United States District Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 471
Milwaukee, WI 53202

      Re:   *United States v. Hardik Patel*
              Case No. 19-CR-141

Dear Judge Stadtmueller:

      This responds to the Court's Order of March 25, 2020 about the scheduling of the sentencing hearing. The parties agree that the sentencing hearing should be rescheduled as circumstances warrant.

      Thank you for requesting our thoughts about the matter, and please contact the parties if there are any questions about our position.

                                    Sincerely,

                                    MATTHEW D. KRUEGER
                                    United States Attorney

                      By:   s/*Stephen A. Ingraham*

                                    STEPHEN A. INGRAHAM
                                    Assistant United States Attorney
                                    Wisconsin Bar number 1009890
                                    stephen.ingraham@usdoj.gov

cc: Gregg L. Smith, Esq.